IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, **Health & Welfare Fund by its trustees** Glen Kaneshige, Eric Hashizume, Michael Young, Ronald Taketa, Kyle Chock, Blake T. Inouye, Conrad C. Verdugo, Jr., Juan Padasdao, Jr., Travis Murakami; Nathaniel Kinney and Dione Kalaola; **Apprenticeship & Training Fund by its trustees** Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Patrick Gill, Patrick Palmer, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Lito Alcantra, Nathaniel Kinney, Travis Murakami, Lance Wilhelm, Barbara Kono and Dione Kalaola; **Vacation & Holiday Fund by its trustees** Paul Silen, Paul Sasaki, Nathaniel Kinney, Jay Kadowaki, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Roy Shi oi, Travis Murakami, Tom Broderick, Juan Padasdao, Jr. and Fred Kim; **Market Recovery Program by its trustees** Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Nathaniel Kinney, Lance Wilhelm, Sean Newcamp, Kyle Chock, Mitchell Tynanes, Michael Young, Travis Murakami; Dale Sakamoto-Yoneda and Juan Padasdao, Jr.; **Financial Security Fund by its trustees** Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Lance Watanabe, Kyle Chock, Ronald Taketa, Shaun Shumizu, Sean Newcamp, Blake T. Inouye, Nathaniel Kinney, Dione Kalaola, Joyce Furukawa, Travis Murakami and Juan Padasdao, Jr.; **Hawaii Carpenters New Retiree Medical Plan by its trustees** Eric Hashizume, Ronald Taketa, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 24-00094 JMS-KJM<br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLANTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ALOHA GYPSUM FLOORS, LLC |

Michael Young, Kyle Chock, Blake T.                )
Inouye, Juan Padasdao, Jr., Conrad C.              )
Verdugo, Jr. and Travis Murakami;                  )
***401-K Fund by its trustees*** Kenneth          )
Spence, Conrad Murashige, Kenneth                  )
Sakurai, Lance Watanabe, Kyle Chock,               )
Ronald Taketa, Blake T. Inouye, Sean               )
Newcamp, Nathaniel Kinney, Shaun                   )
Shimizu, Joyce Furukawa, Dione                     )
Kalaola, Travis Murakami and Juan                  )
Padasdao, Jr.;                                     )
                                                   )
              Plaintiffs,                        )
                                                   )
      vs.                                      )
                                                   )
ALOHA GYPSUM FLOORS, LLC;                           )
JOHN DOES 1-100; JANE DOES 1-                       )
100; DOE CORPORATIONS 1-100;                       )
DOE PARTNERSHIPS 1-100;                             )
DOE ENTITIES 1-100; DOE                             )
GOVERNMENTAL UNITS 1-100,                           )
                                                   )
           Defendants.                         )
_____                    )

### ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ALOHA GYPSUM FLOORS, LLC

Findings and Recommendation having been filed and served on all parties

on August 13, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and

Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 5, 2024, at Honolulu, Hawaii.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge


*Haw. Carpenters Tr. Funds, et al. v. Aloha Gypsum Floors, LLC*, Civ. No. 24-00094 JMS-KJM, Order Adopting the Magistrate Judge's Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendant Aloha Gypsum Floors, LLC